# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR198 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANGELA K. HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Angela K. Hernandez (Hernandez) to review the order of detention (Filing No. 19). The motion is granted. Hernandez will be screened for placement in a substance abuse treatment program and when Pretrial Services has been informed of an acceptance and entry time, Hernandez will be brought before the court for release to such a program.

**IT IS SO ORDERED.**

DATED this 23rd day of July, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge