**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR198** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ANGELA K. HERNANDEZ,** | ) | |
| **Defendant.** | ) | |

Defendant Angela K. Hernandez (Hernandez) appeared before the court on September 20, 2013, on the Amended Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 78). Hernandez was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Through her counsel, Hernandez waived her right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Hernandez should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp. The government moved for detention. Hernandez requested a detention hearing which was scheduled for October 1, 2013.

On October 1, 2013, Hernandez again appeared before the court with her counsel, Assistant Federal Public Defender Jennifer L. Gilg. The United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Through counsel, Hernandez declined to present any evidence and otherwise waived a hearing on detention. Since it is Hernandez's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger to the community, the court finds Hernandez has failed to carry her burden and Hernandez should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:30 a.m. on October 10, 2013**. Defendant must be present in person.

2. Defendant Angela K. Hernandez is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 1st day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge