# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR198 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| ANGELA HERNANDEZ, | ) | |
| Defendant. | ) | |

On October 10, 2013, this Court entered a text order providing that the defendant be held in custody until a bed becomes available for her to attend treatment at Santa Monica House in Omaha, Nebraska (Filing No. 93). The Court has been advised that a bed will be available on October 28, 2013. All parties agree to the Defendant's release. Accordingly,

IT IS ORDERED:

1. The United States Marshal's Service deliver the Defendant to the Roman L. Hruska Federal Courthouse on the morning of October 28, 2013, and release her from there at 9:00 a.m. to William Jadlowski and/or Sue Olson of the Federal Public Defender's Office for transport to Santa Monica House, 130 N. 39th Street, Omaha, Nebraska.

2. The Defendant shall report directly to Santa Monica House and shall live and remain there in accordance with the program's rules and in accordance with all other conditions of her supervised release.

DATED this 24th day of October, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge